UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FORREST STEVENS AND KELLY STEVENS                                    PLAINTIFFS

V.                                                     CIVIL ACTION NO. 1:06cv175-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                                 DEFENDANT

## ORDER

After a thorough review of the record, and under the standards of Fed. R. Civ. P. 56, it can not be said at this stage of the proceedings that there are no genuine issues of material fact and that Defendant is entitled to judgment as a matter of law. Therefore, Defendant's [95] Motion for Summary Judgment is not well taken.

Accordingly, **IT IS ORDERED**:

Defendant's [95] Motion for Summary Judgment is **DENIED**.

**SO ORDERED** this the 2nd day of July, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE